JEFFERSON INSURANCE CO. OF NEW YORK, Respondent, v CITY OF BUFFALO et al., Defendants, and FEDDERS CORPORA-

TION, Appellant. (Appeal No. 9.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J. —Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.